No. 647. AETNA LIFE INSURANCE CO. v. HAGEMYER ET AL. February 29, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry P. Lawther* for petitioner. No appearance for respondents.

No. 655. RODGERS ET AL. v. BROMBERG ET AL. February 29, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Allen Wright* for petitioners. *Mr. Paul Carrington* for respondents.

No. 692. DAVIS, DIRECTOR GENERAL OF RAILROADS, v. REED, ADMINISTRATOR. February 29, 1932. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Louis L. Waters* for petitioner. *Mr. Paul Shipman Andrews* for respondent.

No. 619. ATLANTIC REFINING CO. v. UNITED STATES. February 29, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Ira Jewell Williams, Ira Jewell Williams, Jr., Charles L. Guerin,* and *John H. Stone* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch, J. Frank Staley, H. Brian Holland,* and *W. Marvin Smith* for the United States.

No. 609. SLATTERY ET AL. v. COCHRAN ET AL. See same case, *ante,* p. 525.

No. 620. SOUTHERN CITIES DISTRIBUTING CO. v. CARTER ET AL. See same case, *ante,* p. 525.